| AOC-E-105    Sum Code: CI |  | Case #: **18-CI-002796** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **CANTRELL, KEISHA VS. FORD MOTOR COMPANY**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
        **306 W. MAIN STREET**
        **SUITE 512**
        **FRANKFORT, KY 40601**

Memo: Related party is FORD MOTOR COMPANY

The Commonwealth of Kentucky to Defendant:
**FORD MOTOR COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **05/15/2018**

Presiding Judge: HON. ANN BAILEY SMITH (630350)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____        Served By _____

Title _____

Summons ID: 10088497444370@00000866894
CIRCUIT: 18-CI-002796 Certified Mail
CANTRELL, KEISHA VS. FORD MOTOR COMPANY



Page 1 of 1

**eFiled**

CIVIL ACTION NO. _____          JEFFERSON CIRCUIT COURT

DIVISION\_\_\_\_\_

JUDGE: _____

**KEISHA CANTRELL**          **PLAINTIFF**
**10623 SPARROW CIRCLE #2**
**LOUISVILLE, KY 40118**

V.

**COMPLAINT**
(Electronically Filed)

**FORD MOTOR COMPANY**          **DEFENDANT**
**ONE AMERICAN ROAD**
**ROOM 612**
**DEARBORN, MI 48126-1899**

SERVE:    C T CORPORATION SYSTEM
            306 W MAIN ST
            SUITE 512
            FRANKFORT, KY 40601

## I. INTRODUCTION

Comes the Plaintiff, **KEISHA CANTRELL** (hereinafter "CANTRELL" or "Plaintiff"), and for her Complaint against the Defendant, FORD MOTOR COMPANY (hereinafter "**FORD**" or "Defendant") states as follows:

## II. PARTIES

1. **CANTRELL** is individuals living in Kentucky.

2. **FORD** is a corporation doing business in Kentucky.

## III. JURISDICTION AND VENUE

3. **FORD** is a business with a manufacturing facility located in Kentucky.

4. **CANTRELL** is a Kentucky resident living in JEFFERSON County, Kentucky.

5. **FORD** regularly transacts business in JEFFERSON County, Kentucky.

6. Venue is proper in JEFFERSON County, Kentucky, pursuant to Kentucky Revised Statutes ("KRS"), Chapter 452, because the events that give rise to the causes of action in this case occurred in JEFFERSON County, Kentucky.

7. A case and controversy exist between the parties to this action and the amount in controversy exceeds the jurisdictional minimum of this Circuit, but is less than $75,000 inclusive of fees, punitive damages, and the fair value of any injunctive relief.

6. CANTRELL is an employee of Ford.

7. CANTRELL worked for Ford as a laborer.

8. CANTRELL worked for Ford at its Kentucky facilities for 18 years.

9. During Plaintiff's employment CANTRELL suffered a workplace injury. The Plaintiff is also a disabled veteran. Subsequent to Plaintiff's injury Cantrell pursued a claim for workers' compensation benefits. Additionally, the Plaintiff sought medical treatment and time off to treat Plaintiff's disability resulting disability. Subsequent to Plaintiff's disclosure the Defendant perceived the Plaintiff as disabled. The Defendant also directly discriminated against the Plaintiff based on Plaintiff's disability.

10. In response to the discriminatory actions, the Plaintiff complained and was thereafter retaliated against for being disabled and for pursuing a workers' compensation claim.

### IV.  CLAIMS AND CAUSES OF ACTION

#### A.  RETALIATION

11. CANTRELL re-alleges all allegations contained in Paragraphs 1 through 10 above as if fully set forth herein.

12. Defendant's actions as set forth above, constitute retaliation in violation of KRS 344.280 et seq.

### B. DISABILITY DISCRIMINATION

13. Cantrell-alleges all allegations contained in Paragraphs 1 through 12 above as if fully set forth herein.

14. The Defendant's actions constitutes perceived as regarded as disability discrimination, disability discrimination, and failure to accommodate.

### C. RECOVERY OF ATTORNEY'S FEES AND COSTS

15. Cantrell-alleges all allegations contained in Paragraphs 1 through 14 above as if fully set forth herein.

16. CANTRELL is entitled to recover Plaintiff's attorney's fees and costs pursuant to the provisions of KRS 344 et seq.

### D. KRS 342.197 WORKERS' COMPENSATION RETALIATION

17. Plaintiff re-alleges all allegations contained in Paragraphs 1 through 16 above as if fully set forth herein.

18. The Defendant's actions constitute retaliation under Kentucky Revised Statutes, Chapter 342 § 197 et. seq. (hereinafter "KRS 342.197").

19. Because of the Defendant's actions, CANTRELL has suffered damages recoverable under KRS 342.197.

### VI. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff **CANTRELL** respectfully prays that Plaintiff be awarded the following relief and all other relief to which Plaintiff may be entitled:

A. Trial by jury;

B. Judgment against the Defendant on all claims asserted herein;

C. Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D. Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E. Punitive damages to punish and deter similar future unlawful conduct;

F. An award of statutory attorney fees, costs and expenses; and

G. Statutory interest on all damage awards, verdicts or judgments.

H. To all other relief to which it may appears Plaintiff is entitled.

Respectfully submitted,

/S/ Kurt A. Scharfenberger

---

Kurt A. Scharfenberger
800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
(502) 561-0777 (phone)
(502) 136-0888 (fax)
Kurt@scharfenberger-law.com

*Attorney for the Plaintiff* **KEISHA CANTRELL**